**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| E-Z-DOCK, INC., Plaintiff, | ) | |
| v. | ) | Case No. 06-5008-RED |
| SHOREMASTER, INC., Defendant. | ) | |

# NOTICE OF SETTLEMENT

Plaintiff, E-Z-Dock, Inc., through its undersigned counsel, and with the consent of defendant Shoremaster, Inc., hereby notifies the Court that at a mediation session held May 17, 2007, the parties agreed to settle this litigation subject to the preparation and execution of a comprehensive written settlement agreement.

The parties estimate that they will be able to complete the documentation of the settlement, and provide for the final disposition of this litigation, within the next thirty (30) days.

The parties respectfully request that all pending deadlines in this litigation be suspended for thirty (30) days pending completion of the settlement documentation.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s Patrick J. Whalen

Patrick J. Whalen, #45594
Kyle L. Elliott, #49145
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
(816) 474-8100
(816) 474-3216 (facsimile)
pwhalen@spencerfane.com
kelliott@spencerfane.com

258749.1

AND

Gerald P. Greiman, #26668
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105-3925
(314) 863-7733
(314) 862-4656 (facsimile)
ggreiman@spencerfane.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Douglas J. Williams, Esq.
Anthony R. Zeuli, Esq.
Merchant & Gould
80 S. 8th Street, Ste. 3200
Minneapolis, MN 55402

Basil Trent Webb, Esq.
Beth Ann Larigan, Esq.
Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

/s Patrick J. Whalen
Attorney for Plaintiff