# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| E-Z-DOCK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-5008-RED |
| | ) |
| SHOREMASTER, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO ENTRY OF CONSENT JUDGMENT

Plaintiff E-Z-Dock, Inc. and Shoremaster, Inc., by their respective undersigned counsel, hereby stipulate to the entry of the Consent Judgment appended hereto, which disposes of all claims and counterclaims in this action, and respectfully request that the Consent Judgment be entered.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.        SPENCER FANE BRITT & BROWNE LLP

By:

By: /s/Douglas J. Williams (with permission)    /s/Gerald P. Greiman
    Douglas J. Williams                Gerald P. Greiman
    80 South Eighth Street             1 N. Brentwood Blvd., Ste. 1000
    Minneapolis, MN 55402              St. Louis, MO 63105
    dwilliams@fulbright.com            (314) 863-7733 (telephone)
                                       (314) 862-4656 (facsimile)
                                       ggreiman@spencerfane.com

288943.1

Anthony R. Zeuli
Keith M. Sorge
MERCHANT & GOULD P.C.
80 South Eighth Street
Minneapolis, MN 55402
tzeuli@merchantgould.com
ksorge@merchantgould.com

Basil Trent Webb
Beth A. Larigan
Kenneth P. Kula
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
bwebb@shb.com
blarigan@shb.com
kkula@shb.com

*Attorneys for Defendant*

Patrick J. Whalen  #45594
Kyle L. Elliott  #49145
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Ste. 1400
Kansas City, MO 64106-2140
(816) 474-8100  (telephone)
(816) 474-3216  (facsimile)
pwhalen@spencerfane.com
kelliott@spencerfane.com

*Attorneys for Plaintiff*